BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-00320-FCD-KJN |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

This is a civil forfeiture action against the Approximately $20,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about September 16, 2010.

2. A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on February 3, 2011, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6). Doc #1.

3. On or about February 4, 2011, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly

1  executed on February 18, 2011.  Docs. #3,7, respectively.

2      4.  Beginning on February 13, 2011, for at least 30
3  consecutive days, the United States published Notice of the
4  Forfeiture Action on the official internet government forfeiture
5  site www.forfeiture.gov.  A Declaration of Publication was filed
6  on March 16, 2011.  Doc #10.

7      5.  In addition to the public notice on the official
8  internet government forfeiture site www.forfeiture.gov, actual
9  notice or attempted notice was given to the following individual:
10 Audrey McClellan.

11     6.  The Clerk of the Court entered a Clerk's Certificate of
12 Entry of Default against Audrey McClellan on May 3, 2011.  Doc
13 #14.  On May 16, 2011, the parties filed a Stipulation and Order
14 to Set Aside Default and Permit Filing of Claim and Answer.  Doc
15 #21.  On June 10, 2011, the Court set aside the Clerk's Entry of
16 Default Against Audrey McClellan and allowed the responsive
17 pleadings submitted by the claimant to be filed by the Clerk.
18 Doc #23.

19     7.  Claimant filed a verified claim to the defendant
20 currency and answer to the complaint on May 9, 2011.  Docs. #17-

21     8.  No other parties have filed claims or answers in this
22 matter and the time for which any person or entity may file a
23 claim and answer has expired.

24     Based on the above findings, and the files and records of
25 this Court, it is hereby

26     ORDERED AND ADJUDGED:

27     1.  The Court adopts the Stipulation for Final Judgment of
28 Forfeiture entered into by and between the parties to this

action.

2. Judgment is hereby entered against Audrey McClellan, and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $10,250.00 of the $20,000.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $9,750.00 of the $20,000.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant Audrey McClellan through her attorney Stephen A. Munkelt.

5. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties to the stipulation waived the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, no party substantially prevailed in this action within the meaning of 28 U.S.C. § 2465.

7. Pursuant to the stipulation of the parties, and the

allegations set forth in the Complaint filed on or about February 3, 2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. Each party shall bear its own costs and attorney's fees.

9. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 20th day of July, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed February 3, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure, or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED: July 20, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE